CO-386-online
10/03

# United States District Court
# For the District of Columbia

)
)
)
)
)        Civil Action No._____
)
)
)
)
)

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for _____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of _____ which have

any outstanding securities in the hands of the public:




These representations are made in order that judges of this court may determine the need for recusal.


Attorney of Record

 /s/ Kevin R. McCarthy
_____
Signature

_____          _____
BAR IDENTIFICATION NO.                            Print Name

                                                  _____
                                                  Address

                                                  _____
                                                  City          State         Zip Code

                                                  _____
                                                  Phone Number