AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Hewlett-Packard Financial Services Company
Attn: Steve Kopitskie
420 Mountain Avenue
P.O. Box 6
Murray Hill NJ 07974

**SUMMONS IN A CIVIL CASE**

V.

Federal Deposit Insurance Corporation as
Receiver for Netbank Alpharetta GA
1601 Bryan Street
Dallas TX 75201

CASE NUMBER:   1:08-cv-01017

TO: (Name and address of Defendant)

Michael B. Mukasey
United States Attorney General
Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kevin R. McCarthy
McCarthy & White, PLLC
8180 Greensboro Drive, Suite 875
McLean VA 22102

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

JUL 01 2008

CLERK                                                           DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me[1] | DATE 07/07/2008 |
| NAME OF SERVER (PRINT) Catherine L. Mommsen | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Via Certified Mail: Michael B. Mukasey
US Attorney General
Dept of Justice
950 Pennsylvania Ave NW, Washington DC 20530

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07/07/2008
Date              Signature of Server

Address of Server
McEnery and White PLLC
8180 Greensboro Dr Suite 875
McLean VA 22102

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *[signature]*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>JUL 0 7 2008 |
| 1. Article Addressed to:<br><br>Michael B. Mukasey<br>US Attorney General<br>Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington DC  20530 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below:    ☐ No<br><br>3. Service Type<br>   ☐ Certified Mail      ☐ Express Mail<br>   ☐ Registered          ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail        ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)         ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7001 1140 0000 6289 3024 |

PS Form 3811, August 2001         Domestic Return Receipt         102595-01-M-2509