AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Hewlett-Packard Financial Services Company
Attn: Steve Kopitskie
420 Mountain Avenue
P.O. Box 6
Murray Hill NJ 07974

**SUMMONS IN A CIVIL CASE**

V.

Federal Deposit Insurance Corporation as
Receiver for Netbank Alpharetta GA
1601 Bryan Street
Dallas TX 75201

Case: 1:08-cv-01017
Assigned To : Huvelle, Ellen S.
C    Assign. Date : 6/13/2008
Description: General Civil

TO: (Name and address of Defendant)

Federal Deposit Insurance Corporation as Receiver for
Netbank Alpharetta GA
1601 Bryan Street
Dallas TX 75201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kevin R. McCarthy
McCarthy & White, PLLC
8180 Greensboro Drive, Suite 875
McLean VA 22102

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                   JUN 1 3 2008

CLERK                                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | 08/20/2008 |
| NAME OF SERVER *(PRINT)* Catherine L. Mommsen | TITLE | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Via Certified Mail - Federal Deposit Insurance Corporation, Robert Feldman, Executive Secretary, 550 17th St NW, F 1058, Washington DC 20429

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  08/20/2008
            Date

Signature of Server

1180 Greensboro Drive, Ste 175
McLean VA 22102

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Barbara Williams   C. Date of Delivery 8/20/08 |
| 1. Article Addressed to:<br><br>Federal Deposit Insurance Corporation<br>Robert Feldman, Executive Secretary<br>550 - 17th Street NW, F-1058<br>Washington DC 20429 | HP<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | [illegible] |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540